This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

## IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

**Filing Date: November 12, 2020**

**No. S-1-SC-37199**

**STATE OF NEW MEXICO,**

Plaintiff-Respondent,

v.

**JOHN D. MCDOWELL,**

Defendant-Petitioner.

**ORIGINAL PROCEEDING ON CERTIORARI**
**Matthew E. Chandler, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
John J. Woykovsky, Assistant Attorney General
Albuquerque, NM

for Respondent

Bennett J. Baur, Chief Public Defender
Allison H. Jaramillo, Assistant Appellate Defender
Santa Fe, NM

for Petitioner

### DISPOSITIONAL ORDER OF REVERSAL

**{1}** WHEREAS, this matter came on for consideration by the Court upon petition for writ of certiorari filed pursuant to Rule 12-502 NMRA, and the Court having considered said petition and being sufficiently advised, issued its writ of certiorari on September 28, 2018;

**{2}** WHEREAS, no briefing was ordered and the case was held in abeyance pending this Court's disposition in *State v. Montaño*, No. S-1-SC-37021, and *State v. Martinez*, No. S-1-SC-37098;

**{3}** WHEREAS, this Court issued an opinion in *State v. Montaño*, 2020-NMSC-009, 468 P.3d 838, on June 11, 2020;

**{4}** WHEREAS, the Court finding that the issue of law presented in this case was decided by the Court's disposition in *Montaño*, *id.*; and

**{5}** WHEREAS, the Court exercising its discretion under Rule 12-405(B)(1) and (2) NMRA to dispose of a case by non-precedential order rather than a formal opinion;

**{6}** NOW, THEREFORE, IT IS ORDERED that the decision of the Court of Appeals is reversed and this matter is remanded to vacate Petitioner's conviction under NMSA 1978, Section 30-22-1.1 (2003).

**{7}** **IT IS SO ORDERED.**

**BARBARA J. VIGIL, Justice**

**C. SHANNON BACON, Justice**

**DAVID K. THOMSON, Justice**

**NAKAMURA, Justice (dissenting).**

**{8}** For the reasons set forth in my dissenting opinion in *Montano*, 2020-NMSC-009, ¶¶ 69-88, I respectfully dissent.

**JUDITH K. NAKAMURA, Justice**